UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LAWYERS MUTUAL INSURANCE COMPANY | ) | |
| OF NORTH CAROLINA, | ) | **JUDGMENT** |
|       Plaintiff, | ) | |
| | ) | 5:06-CV-513-BR |
| v. | ) | |
| | ) | |
| JOHN G. MCCORMICK, d/b/a | ) | |
| John G. McCormick, P.A., | ) | |
|       Defendant. | ) | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED & DECREED** that the plaintiff Lawyers Mutual Liability Insurance Company of North Carolina's Motion to remand is ALLOWED, and this matter is hereby REMANDED to the Wake County Superior Court.

**This Judgment Filed and Entered on October 1, 2007 and Copies To:**

**David Dreifus**
Poyner & Spruill
P.O. Box 10096
Raleigh, NC 27605-0096

**E. Fitzgerald Parnell, III**
Poyner & Spruill
parnell@poynerspruill.com
301 S. College St.
Suite 2300
Charlotte, NC 28202

**John A. Northen**
Northen Blue, LLP
P. O. Box 2208
Chapel Hill, NC 27515-2208

**Stephanie Laine Osborne-Rodgers**
Northern Blue, LLP
P. O. Box 2208
Chapel Hill, NC 27515-2208

OCTOBER 1, 2007   /s/ DENNIS P. IAVARONE, CLERK